UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
November 17, 2004

No. 04-6569
CR-96-111-DKC

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MICHAEL J. SINDRAM

    Defendant - Appellant

---------------------
On Petition for Rehearing and Rehearing En Banc
---------------------

The appellant's petition for rehearing and rehearing en banc was submitted to this Court. As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

As the panel considered the petition for rehearing and is of the opinion that it should be denied,

IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

Entered at the direction of Judge Wilkinson, with the concurrence of Judge Michael and Judge Gregory.

For the Court,

/s/ Patricia S. Connor
_____

CLERK